Revised 04/2014

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** MISSISSIPPI

**IN RE:** GREGORY FRANCIS SMITH

BRENDA BROOKS SMITH

|  |  |
|---|---|
| ) | Case No. 22-01992 |
| ) | Chapter 13 |
| ) |  |
| ) |  |
| ) |  |
| **Debtor(s)** ) |  |

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR**

**Address to be changed:**            ☒ Notice Address
(both may be selected, if applicable)     ☒ Payment Address

**OLD ADDRESS:**         FIRST HERITAGE CREDIT OF MISSISSIPPI

24 NORTH WALMART DR STE C

LOUISVILLE, MS 39339

**NEW ADDRESS:**        FIRST HERITAGE CREDIT DBA

HEIGHTS FINANCE CORP.

PO BOX 1947 GREENVILLE, SC 29602

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/S/ Laura Vasquez

**Signature of Creditor or Creditor's Attorney**
CURO Intermediate Holding Corp.
PO Box 1947
Greenville, SC 29602
864-272-6052
bankruptcy@attainfinance.com

**Name/OBA#/Address/Telephone #/Email**