**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Gregory Francis Smith |
| Debtor 2 (Spouse, if filing) | Brenda Brooks Smith |
| United States Bankruptcy Court for the : Southern | District of  Mississippi (State) |
| Case number | 22-01992-JAW |

Official Form 410S1

# Notice of Mortgage Payment Change    12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Rocket Mortgage, LLC fka Quicken Loans, LLC | **Court claim no.** (if known): | 17 |
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX6571 | **Date of payment change:** Must be at least 21 days after date of this notice | 3/1/2026 |
| | | **New total payment:** Principal, interest, and escrow, if any  *For HELOC payment amounts, see Part 3* | $1,859.05 |

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   | | | | |
   |---|---|---|---|
   | **Current escrow payment:** | $ 374.76 | **New escrow payment :** | $ 410.24 |

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   | | | | |
   |---|---|---|---|
   | **Current interest rate:** | % | **New interest rate:** | % |
   | **Current principal and interest payment:** | $ | **New principal and interest payment:** | $ |

## Part 3:  Annual HELOC Notice

3. **Will there be a change in the debtors' home-equity line -of-credit (HELOC) payment for the year going forward??**

   ☒ No
   ☐ Yes.

   | | |
   |---|---|
   | **Current HELOC payment:** | $ |
   | **Reconciliation amount:** | + $ |
   | | - $ |

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

| Debtor 1 | **Gregory Francis Smith** | Case number *(if known)* | 22-01992-JAW |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

|  | Amount of next payment (including reconciliation amount) | $ |
|---|---|---|
|  | Amount of the new payment thereafter (without reconciliation amount) | $ |

### Part 4: Other Payment Change

4. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**   $ _____          **New mortgage payment:**   $ _____

### Part 5: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Mukta  Suri                                          Date  01/28/2026
   Signature

Print:   Mukta                          Suri                Title   Authorized Agent for Creditor
         First Name   Middle Name       Last Name

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
          Number    Street
          Roswell                GA              30076
          City                   State           ZIP Code

Contact phone   (469) 458-2311                              Email   mukta.suri@mccalla.com

|  |  |
|---|---|
| In Re:<br>Gregory Francis Smith<br>Brenda Brooks Smith | Bankruptcy Case No.:  22-01992-JAW<br>Chapter:  13<br>Judge:  Jamie A. Wilson |

### CERTIFICATE OF SERVICE

I, Mukta Suri, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Gregory Francis Smith
37728 Ms Hwy 14 W
Macon, MS 39341

Brenda Brooks Smith
37728 Ms Hwy 14 W
Macon, MS 39341

Jennifer A Curry Calvillo          *(Served via ECF at jennifer@therollinsfirm.com)*
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Harold J. Barkley, Jr., Trustee          *(Served via ECF at HJB@HBarkley13.com)*
P.O. Box 4476
Jackson, MS 39296-4476

U.S. Trustee          *(Served via ECF at USTPRegion05.JA.ECF@usdoj.gov)*
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   01/29/2026          By:   */s/Mukta Suri*
                  (date)                        Mukta Suri
                                                Authorized Agent for Creditor



Case 22-01992-JAW Document Entered Only

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Annual Escrow Account Disclosure Statement

GREGORY SMITH
BRENDA G SMITH
37728 MS HIGHWAY 14 W
MACON MS 39341-7646

### Loan Information

**Loan Number**
**Property Address:** 37728 MS Highway 14 W
Macon, MS 39341
**Statement Date:** 01/21/2026
**New Payment Effective Date:** 03/01/2026

### 1. Your Escrow Account Has An Overage

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

Great news - you're getting a refund. Please note that your payment may still be changing. Depending on whether you're current and your escrow account has sufficient funds to issue a refund, your check is attached or may be sent separately.

**Projected Escrow Account Balance**

| | |
|---|---|
| Projected Minimum Balance: | $607.85 |
| Required Minimum Balance: | $820.48 |
| **Overage Amount:** | **$119.41** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

### 2. Your Payment Is Changing

Your escrow payment is increasing.

**Breaking Down The Numbers**

| | Current | New |
|---|---|---|
| Principal & Interest: | $1,448.81 | $1,448.81 |
| Escrow Payment: | $374.76 | $410.24 |
| **Monthly Payment:** | **$1,823.57** | **$1,859.05** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.



Mortgage Payment Breakdown

### Quick And Easy Payment Options

RocketMortgage.com    Rocket Mortgage® mobile app    24/7 access at (800) 508-0944

THIS SPACE INTENTIONALLY LEFT BLANK

Page 1



**Annual Escrow Account Disclosure Statement**

1050 Woodward Avenue | Detroit, MI 48226

### 3. A Closer Look At Your Escrow Account History

**Escrow Account Disbursement From June 2025 To February 2026**

| Estimated Tax: | $1,193.83 | Estimated Total: | $1,193.83 |
| --- | --- | --- | --- |
| Actual Tax: | $1,161.86 | Actual Total: | $1,161.86 |

This section highlights the differences between the estimated and actual payment amounts for the taxes and shows the reason for the current overage.

The actual amounts paid out for taxes over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax payment amounts are highlighted in yellow. Please keep in mind that the history will reflect the month in which the payment or disbursement was made. This may be different than the payment or disbursement due date.

**Escrow Account Activity History For June 2025 To February 2026**

| | | Payments | | Disbursements | | Balance | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date | Activity | Estimated | Actual | Estimated | Actual | Estimated | Actual |
| 06/2025 | Beginning Balance | | | | | $1,499.02 | -$5,587.49[D] |
| 06/2025 | Deposit | $374.76 | $0.00 | $0.00 | $0.00 | $1,873.78 | -$5,587.49[D] |
| 07/2025 | Reversal | $374.76 | -$3,412.68 | $0.00 | $0.00 | $2,248.54 | -$9,000.17[D] |
| 08/2025 | Deposit | $374.76 | $0.00 | $0.00 | $0.00 | $2,623.30 | -$9,000.17[D] |
| 09/2025 | Deposit | $374.76 | $8,570.73 | $0.00 | $0.00 | $2,998.06 | -$429.44[D] |
| 10/2025 | Deposit | $374.76 | $1,741.68 | $0.00 | $0.00 | $3,372.82 | $1,312.24 |
| 11/2025 | Deposit | $374.76 | $810.18 | $0.00 | $0.00 | $3,747.58 | $2,122.42 |
| 12/2025 | Deposit | $374.76 | $374.76 | $0.00 | $0.00 | $4,122.34 | $2,497.18 |
| 12/2025 | Withdrawal - COUNTY TAXES | $0.00 | $0.00 | $1,193.83 | $1,161.86 | $2,928.51 | $1,335.32 |
| 01/2026 | Deposit | $374.76 | $2,248.56 | $0.00 | $0.00 | $3,303.27 | $3,583.88** |
| 02/2026 | Deposit | $374.76 | $374.76 | $0.00 | $0.00 | $3,678.03 | $3,958.64** |
| | **Totals** | **$3,372.84** | **$10,707.99** | **$1,193.83** | **$1,161.86** | | |

** This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.
[D] Your account had or is projected to have a deficiency. This is a negative balance in your account.

THIS SPACE INTENTIONALLY LEFT BLANK

continued →


1050 Woodward Avenue | Detroit, MI 48226

# Annual Escrow Account Disclosure Statement

## 4. A Closer Look At Projections For Your Escrow Account

### Escrow Account Projection

| Description | Annual Amount |
|---|---|
| HOMEOWNERS INS: | $3,761.03 |
| COUNTY TAXES: | $1,161.86 |
| **Total Annual Taxes And Insurance:** | **$4,922.89** |
| **New Monthly Escrow Payment:** | **$410.24** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $820.48. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

### Future Escrow Account Activity For March 2026 To February 2027

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 03/2026 | Beginning Balance | | | $3,958.64 | $4,171.27 |
| 03/2026 | Deposit | $410.24 | $0.00 | $4,368.88 | $4,581.51 |
| 03/2026 | Withdrawal - HOMEOWNERS INS | $0.00 | $3,761.03 | $607.85 | $820.48-L |
| 04/2026 | Deposit | $410.24 | $0.00 | $1,018.09 | $1,230.72 |
| 05/2026 | Deposit | $410.24 | $0.00 | $1,428.33 | $1,640.96 |
| 06/2026 | Deposit | $410.24 | $0.00 | $1,838.57 | $2,051.20 |
| 07/2026 | Deposit | $410.24 | $0.00 | $2,248.81 | $2,461.44 |
| 08/2026 | Deposit | $410.24 | $0.00 | $2,659.05 | $2,871.68 |
| 09/2026 | Deposit | $410.24 | $0.00 | $3,069.29 | $3,281.92 |
| 10/2026 | Deposit | $410.24 | $0.00 | $3,479.53 | $3,692.16 |
| 11/2026 | Deposit | $410.24 | $0.00 | $3,889.77 | $4,102.40 |
| 12/2026 | Deposit | $410.24 | $0.00 | $4,300.01 | $4,512.64 |
| 12/2026 | Withdrawal - COUNTY TAXES | $0.00 | $1,161.86 | $3,138.15 | $3,350.78 |
| 01/2027 | Deposit | $410.24 | $0.00 | $3,548.39 | $3,761.02 |
| 02/2027 | Deposit | $410.24 | $0.00 | $3,958.63 | $4,171.26 |
| | **Totals** | **$4,922.88** | **$4,922.89** | | |

L This amount denotes the projected low point balance.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084
**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET
Preguntas: (800) 982-2544

Page 3
QL028