**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

GREGORY FRANCIS SMITH

BRENDA BROOKS SMITH

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 29

**Case Number:** 22-01992

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Synchrony Bank by AIS InfoSource LP as agent**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Synchrony Bank by AIS InfoSource LP as agent

PO Box 4457

Houston, TX 77210-4457

TO:

Synchrony Bank by AIS InfoSource LP as agent

PO Box 661380

Dallas,TX 75266-1380

Date: 10/27/2026

/s/ Bhavika Nagpal

Creditor's Authorized Agent for Synchrony Bank by AIS InfoSource LP as agent

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

**Chapter:** 13

GREGORY FRANCIS SMITH
BRENDA BROOKS SMITH
**Debtor(s)**

**Case Number:** 22-01992

## Certificate of Service

I certify that on 10/27/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
JENNIFER A CURRY CALVILLO
JENNIFER@THEROLLINSFIRM.COM

Trustee
HAROLD J BARKLEY JR
HJB@HBarkley13.com

/s/ Bhavika Nagpal

Bhavika Nagpal
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com